# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| BRUCKNER TRUCK SALES, INC., | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil Action No. 2:23-cv-97 |
| | ) |
| ISABEL GUZMAN, in her Official Capacity as Administrator of the Small Business Administration; UNITED STATES SMALL BUSINESS ADMINISTRATION; JANET YELLEN, in her Official Capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; and the UNITED STATES OF AMERICA, | ) |
| | ) |
| *Defendants*. | ) |

### PLAINTIFF BRUCKNER TRUCK SALES, INC.'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(1)(B), Plaintiff Bruckner Truck Sales, Inc. appeals to the United States Court of Appeals for the Fifth Circuit this Court's final judgment, entered December 12, 2023 (ECF 37), this Court's Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendants' Cross-Motion for Summary Judgment, entered December 12, 2023 (ECF 36), and this Court's Order Denying Plaintiff's Motion to Alter or Amend the Judgment Under Federal Rule of Civil Procedure 59(e), entered February 27, 2024 (ECF 42).

Dated: April 24, 2024                               Respectfully submitted.

*/s/ William T. Thompson*
William T. Thompson (Texas Bar # 24088531)
Kyle D. Hawkins (Texas Bar # 24094710)
LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
will@lkcfirm.com
kyle@lkcfirm.com
T: (512) 693-8350
F: (833) 233-2202

John Massouh (Texas Bar # 24026866)
SPROUSE SHRADER SMITH PLLC
701 S. Taylor
Suite 500 (79101)
Amarillo, TX 79105
john.massouh@sprouselaw.com
T: (806) 468-3300
F: (806) 373-3454

## **CERTIFICATE OF SERVICE**

    This certifies that on April 24, 2024, the undersigned served this document upon the defendants by filing this document through the Court's electronic filing system.

                                                                */s/ William T. Thompson*
                                                                William T. Thompson